UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
SOUTH BEND DIVISION

| | | |
|---|---|---|
| JAMES KOBOLD, *et. al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | CAUSE NO. 3:04-CV-726 JTM |
| | ) | |
| AMERICAN GROWERS INS. CO., *et. al.*, | ) | |
| | ) | |
| Defendants. | | |

## REPORT AND RECOMMENDATION

On November 23, 2004, this matter was referred to the undersigned pursuant to 28 U.S.C. § 636(b)(1)(B) to conduct hearings, including evidentiary hearings, and submit proposed findings of fact and recommendations for the disposition of Plaintiffs' complaint. On March 16, 2005, Defendants moved that this case be stayed pending bankruptcy proceedings. On March 21, 2005, this Court granted Defendants' motion and issued a stay.

On July 6, 2007, this Court ordered Plaintiffs to file a status report detailing the current status of the case and the status of the insolvency proceedings. On August 8, 2007, Plaintiffs filed their status report, requested that the stay remain in effect. Plaintiffs noted that Defendant American Growers Ins. Co. ("American Growers") had been liquidated but indicated that their claims may yet be recoverable against Federal Crop Ins. Corp. ("FCIC"). However, this Court noted that FCIC had not been added as a party; and, on November 7, 2007, this Court ordered Plaintiffs to file a second status report explaining why this case could not move forward. On January 7, 2008, following no response by Plaintiffs, this Court issued a second order requiring Plaintiffs to submit a filing addressing reasons why the case should not be dismissed for failure to prosecute their claim.

On January 31, 2008, Plaintiffs filed a status report order, stating that they intended to file documents dismissing this cause of action. Accordingly, on July 18, 2008, this Court ordered Plaintiffs to file their documentation dismissing this case by August 18, 2008. Plaintiffs were cautioned that a failure to submit a filing would be considered an abandonment of their claim and would result in a dismissal of this case pursuant to Fed. R. Civ. P. 41 for failure to prosecute. As of this date, Plaintiffs have not responded to this Court's order.

Under Fed. R. Civ. P. 41, a plaintiff's case may be dismissed for his failure to prosecute his claim or to comply with court orders. Plaintiffs have failed to comply with this Court's order and have provided no written documentation explaining their inaction. This Court can only assume that Plaintiffs have abandoned their case. Consequently, for the aforementioned reasons, this Court **RECOMMENDS** that Plaintiffs' case be **DISMISSED WITHOUT PREJUDICE**.

> **NOTICE IS HEREBY GIVEN that within ten (10) days after being served with a copy of this recommended disposition a party may serve and file specific, written objections to the proposed findings and/or recommendations. Fed. R. Civ. P. 72(b). FAILURE TO FILE OBJECTIONS WITHIN THE SPECIFIED TIME WAIVES THE RIGHT TO APPEAL THE DISTRICT COURT'S ORDER.**

**SO ORDERED.**

Dated this 19th Day of August, 2008.

S/Christopher A. Nuechterlein
Christopher A. Nuechterlein
United States Magistrate Judge